UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  4:15-CR-300 JLH |
| | ) | |
| THEODORE E. SUHL | ) | |

**GOVERNMENT'S MOTION TO CONSOLIDATE PENDING CASES**

Pursuant to General Order No. 39(d) of the Local Rules of the United States District Court for the Eastern District of Arkansas, the United States of America, through its undersigned attorneys, respectfully moves to consolidate three pending criminal cases:  *United States v. Steven B. Jones*, Crim. No. 14-cr-197; *United States v. Phillip W. Carter*, Crim. No. 15-cr-234; and *United States v. Theodore E. Suhl*, Crim. No. 15-cr-300.

General Order 39(d) of the Local Rules provides that "any party to a criminal case may move for consolidation of pending cases.  If such motion is granted, the consolidated cases will be assigned to the judge with the lower (lowest) case number."  The three pending criminal cases listed above arise from the same alleged course of conduct and criminal conspiracy in which the defendants are alleged to be co-conspirators.  Mr. Jones and Mr. Carter are currently pending sentencing and are unlikely to be sentenced until *United States v. Theodore E. Suhl* is resolved.  Thus, the three cases now are likely to procedurally progress on a related timeline.  Given the alleged underlying conduct and the procedural posture of the three pending cases listed above, the United States moves to consolidate.

Respectfully submitted this 4th day of December, 2015.

        RAYMOND N. HULSER
        Chief, Public Integrity Section

By /s/ John D. Keller
    Lauren Bell
    John D. Keller
    Amanda R. Vaughn
    Trial Attorneys
    Public Integrity Section
    Criminal Division
    U.S. Department of Justice

<u>Certificate of Service</u>

     I hereby certify that on December 4, 2015, I electronically mailed the foregoing to Robert Cary, counsel for Theodore Suhl, at RCary@wc.com.

<u>/s/ John D. Keller</u>
Lauren Bell
John D. Keller
Amanda R. Vaughn
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Ave. NW
Washington, D.C. 20005
Telephone: (202) 514-1412
Facsimile: (202) 514-3003