**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATES** )<br>)<br>)<br>**v.** )<br>)<br>**THEODORE E. SUHL** )<br>) | **CRIMINAL NO. 4:15-cr-00300-BRW** |

## MOTION FOR A JUDGMENT OF ACQUITTAL

For the reasons set forth in the accompanying brief, defendant Theodore Suhl, through undersigned counsel, renews his Motion for a Judgment of Acquittal and moves this Court, pursuant to Federal Rule of Criminal Procedure 29, to enter a judgment of acquittal as to Counts 2, 4, 5 and 6 of the Indictment because the government did not adduce sufficient evidence at trial to prove beyond a reasonable doubt that the Mr. Suhl committed any of the offenses with which he was charged.

A proposed order is attached.

Date:  July 26, 2016

Respectfully submitted,

By:  /s/ Robert M. Cary
Robert M. Cary
Alex G. Romain
Simon A. Latcovich
Thomas L. Harris
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
rcary@wc.com
aromain@wc.com
slatcovich@wc.com
tharris@wc.com

Charles A. Banks (Bar No. 73004)
BANKS LAW FIRM PLLC
100 Morgan Keegan Dr., #100
Little Rock, AR 72202
Telephone: (501) 280-0100
Facsimile: (501) 280-0166
cbanks@bankslawfirm.us

*Attorneys for Defendant Theodore E. Suhl*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notifications of such filing to the following:

| | |
|---|---|
| John D. Keller | john.keller2@usdoj.gov |
| Lauren Bell | lauren.bell2@usdoj.gov |
| Amanda R. Vaughn | amanda.vaughn@usdoj.gov |

By:   /s/ Robert M. Cary
Robert M. Cary
WILLIAMS & CONNOLLY LLP