# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**     Mr. Jim McCormack

**FROM:**   Michael E. Gans, Clerk of Court

**DATE:**   October 03, 2018

**RE:**     16-4174  United States v. Theodore Suhl

          District Court/Agency Case Number(s):   4:15-cr-00300-BRW-1

_____

   Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


AMT

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 1, 2018

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

> Re:  Theodore E. Suhl
>      v. United States
>      No. 17-1687
>      (Your No. 16-4174)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk



**16-4174 United States v. Theodore Suhl "Supreme Court Order" (4:15-cr-00300-BRW-1)**
ca08ml_cmecf_Notify  to:  10/03/2018 10:52 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 10/03/2018 at 10:51:04 AM CDT and filed on 10/01/2018

**Case Name:**     United States v. Theodore Suhl
**Case Number:**   16-4174
**Document(s):**   Document(s)

**Docket Text:**
SUPREME COURT order filed denying cert petition. Order filed on 10/01/2018 in case No.17-1687. [4711587] [16-4174] (Amanda Trautt)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** SC Order
**Original Filename:** Circ8_20181001_16-4174_17-1687b.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/01/2018] [FileNumber=4711587-0]
[bb590bf0f49e86ff5792fe1429f3f483a192aa8517cd6e73017adb7c0bd25a828d9dd144b9e9feb27d1e2d1a9dd3a1dbf00484490d61c7c3deaf203b4a751d7a]]

**Document Description:** DC Memo Cert Denied
**Original Filename:**
/opt/ACECF/live/forms/AmandaTrautt_164174_4711587_DCMemoCertDenied_363.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/01/2018] [FileNumber=4711587-1]
[5bc606858be680211a7feebee967958fd7a58dc05b04b10e58290221b522eff4138a8dba45dbef0882a14e9ac8b68038a4ac3823de9ea0cb4566de69079ad8d9]]

**Recipients:**
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4711587
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6142184, 6142185