# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

*WHEREAS* **THEODORE E. SUHL, Reg. No. 30250-009**, was convicted, in the United States District Court for the Eastern District of Arkansas on an indictment (Docket No. 4:15CR00300-01-BRW) of violations of Sections 2, 666(a)(2), 1342, and 1952, Title 18, United States Code, for which a total sentence of 84 months' imprisonment; three years' supervised release; a two hundred thousand dollar ($200,000) fine; and a special assessment of four hundred dollars ($400) was imposed on October 27, 2016; and

*WHEREAS* the said **THEODORE E. SUHL, Reg. No. 30250-009**, has been confined continuously since he voluntarily surrendered to custody on January 2, 2017, and is presently incarcerated at the minimum-security satellite camp at United States Penitentiary – Marion in Marion, Illinois; and

*WHEREAS* it has been made to appear that the ends of justice do not require the said **THEODORE E. SUHL, Reg. No. 30250-009**, to remain confined until his currently projected release date of February 5, 2023, and the safety of the community will not be compromised if he is released;

NOW, THEREFORE, BE IT KNOWN that I, **DONALD J. TRUMP**, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said **THEODORE E. SUHL, Reg. No. 30250-009**: I commute the prison sentence imposed upon the said **THEODORE E. SUHL, Reg. No. 30250-009**, to time served and commute the entirety of the three-year term of supervised release imposed upon him. I leave intact any unpaid remainder of the $200,000 fine that has not yet been satisfied and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower, the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons, to the United States District Court for the Eastern District of Arkansas, and to the said **THEODORE E. SUHL, Reg. No. 30250-009**, a certified copy of this document as evidence of my action in order to carry into effect the terms of

**I ALSO DIRECT** the Bureau of Prisons, upon receipt of this warrant, to effect the immediate release of the said **THEODORE E. SUHL, Reg. No. 30250-009**, with all possible speed.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this __29th__ day of __July__ in the Year of Our Lord Two Thousand and Nineteen and of the Independence of the United States the Two Hundred and Forty-fourth.*

**DONALD J. TRUMP**
**President**